IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE      §
PETITION OF JERVIS COX FOR    § No. 283, 2020
WRIT OF MANDAMUS        §
                            §

Submitted:  October 9, 2020
Decided:  November 20, 2020

## **ORDER**

It appears to the Court that, on September 21, 2020, the Chief Deputy Clerk reissued a notice, by certified mail, directing the petitioner, Jervis Cox, to show cause why his petition should not be dismissed for his failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*.  Postal records show that Cox received the notice to show cause by September 28, 2020.  A timely response to the notice to show cause was due on or before October 8, 2020.  To date, Cox has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause.  Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice